# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RODNEY JOE DIXON,

    Plaintiff,

v.                                            CASE NO: 8:06-cv-2253-T-26TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) Defendant's Unopposed Motion for Entry of Judgment With Remand (Dkt. 10) is granted.

2) The stay order (Dkt. 9) is lifted.

3) This case is remanded to Defendant pursuant to sentence six of 42 U.S.C. § 405(g) for the Administrative Law Judge to (a) consider Plaintiff's attorney's letter of September 7, 2006 (mistakenly labeled "2005") and the comments contained in the letter; (b) offer Plaintiff the opportunity for another hearing; (c) take any further action needed to complete the administrative record and issue a new decision; and (d) conduct any other proceedings Defendant deems necessary.

4) The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on June 14, 2007.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record